*102 N. J. Eq.* In re Ely.

In the matter of the probate of the last will and testament
and codicils of MELVINA H. ELY, deceased.

[Decided November 29th, 1927.]

On appeal from a decree of the Monmouth county orphans
court.

*Messrs. Stokes, McDermott & Hartshorne* and *Mr. Theodore Backes,* for the appellants.

*Mr. John W. Slocum,* for the appellee.

BERRY, VICE-ORDINARY.

This appeal brings up a decree of the Monmouth county
orphans court admitting to probate the will of Melvina H.
Ely, deceased, and denying the probate of two codicils offered
thereto. The matter has been argued at considerable length
and elaborate briefs have been submitted on behalf of all
parties. I have carefully examined the complete record and
testimony used on this appeal and considered the arguments
of counsel and have reached the conclusion that the judgment of the Monmouth county orphans court should be
affirmed for the reasons stated in the opinion of Judge Steinbach in the court below. I will advise a decree accordingly.